# TORT CLAIM

PURSUANT TO §543.30.

**AGENCY BEING SUED.**
UNITED STATES AGENTS WILLIAM J. BAUER, MICHAEL S. KANNE AND GINO AGNELLO AT THE SEVENTH CIRCUIT COURT OF APPEALS FOR THE U.S.
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604-1874

**NAME OF PERSON SUING.**
MARRICCO SYKES

| CITIZEN OF THE U.S. (YES) NO | MARITAL STATUS. SINGLE. | DATE OF BIRTH. 11/7/1979 | AGE 32 | THE DATE THE INCIDENT OCCURED. TIME N/A |

**INCIDENT.** WILLIAM J. BAUER, MICHAEL S. KANNE AND GINO AGNELLO, (3 AGENTS OF THE UNITED STATES) PURPOSEFULLY AND UNREASONABLELY FAILED TO FOLLOW PROCEEDOURES OF 3 SEPERATE AGREEMENTS THAT EACH OF THEM ENTERED. PURSUANT TO RULE 3(b), SUCH ACTION OF THESE U.S. OFFICALS WAS A VIOLATION AND FOR THE REASON THAT THE 3 SEPERATE AGREEMENTS EACH SET-OUT CLEAR AND CONSTRUCTIVE NOTICE AND AWARENESS OF A ALERT OF A MONETARY PENALTY THAT WOULD COME ON THEM, IF THEY TOOK INTO THE ACT OF PROCEEDOURE FAILURE ON THE AGREEMENT, WHILE IN THEIR OFFICAL CAPACITY, THEY OWE ME (MARRICCO SYKES.) SUCH PENALTY. UNDER 28 USC §§ 1346(b), 2680 THE U.S. OWES FOR THESE AGENTS ACTION. (SEE ATTACHMENTS.)

**RECEIVED**
MAR 06 2012
THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

**PROPERTY DAMAGE.** (SEE ATTACHMENTS.)

**PERSONAL INJURY.** (SEE ATTACHEMENTS.)

**NAMES.**
WILLIAM J. BAUER, CIRCUIT JUDGE.
MICHAEL S. KANNE, CIRCUIT JUDGE.
GINO AGNELLO, COURT CLERK.

**WITNESSES.**

**THEIR CONTACT.**
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604-1874
Tele.# (312) 435-5850

**RELIEF SOUGHT FOR MY LOSS.** $1,400,000,000,000,000.00 **TOTAL.** $1,400,000,000,000,000.00

**SIGNATURE OF CLAIMANT.**

**DATE SIGNED.** 02/28/2012

I CERTIFY THAT THE AMOUNT ABOVE ONLY COVERS THE AMOUNT OF THE DAMAGE OR LOSS CAUSED BY THE INCIDENT AND THAT SUCH SUM I AGREE TO ACCEPT IN FULL SATISFACTION AND SETTLEMENT ON THIS CLAIM.

**ADDRESS OF CLAIMANT.**
Marricco A. Sykes
#08155-062
United States Penitentiary
P.O. Box 1000
Lweisburg, PA 17837-0000

12 C 1637
Judge John W. Darrah
Magistrate Judge Martin C. Ashman

I HEREBY GIVE MY CONSENT TO BE SUBJECT TO PENALTY UNDER 31 U.S.C. 3729 FOR PRESENTING FALSE CLAIMS UPON THIS ENTRY, ALTHOUGH NO FALSE CLAIMS EXIST HERE.

I HEREBY GIVE MY CONCENT TO BE A SUBJECT TO PENALTY UNDER 18 U.S.C. 287, 1001.

( CONTINUED ON BACK. )

IS THERE HEALTH ISURANCE COVERAGE ON YOU?
  YES       NO     (N/A)

IS THERE INSURANCE ON THE PROPERTY THIS is lossed OR DAMAGED?
  YES      (NO)    N/A

THIS COMPAINT IS SENT, PURSUANT TO THE TORT CLAIM ACT. §543.30.

IN ACCORDANCE WITH liberal SCREENING Rules ON PRO se litigants, like IN ERICKSON V. PARDUS 551 U.S. 89, 94. THIS COMPlAINT IS TO BE SCREEN UNDER SUCH RulES FOR THE REASONS OF PRO se litigATION STATUS

DATE.
02/28/2012

{ A ATTACHMENT / AND AFFIDAVIT TO MY TORT CLAIM.

BY MARRICCO SYKES.    * FURTHER STATEMENT.

A: UPON JANUARY 10th 2012, I SENT 3 AGENTS OF THE U.S. APPEALS COURT FOR THE SEVENTH CIRCUIT, WILLIAM J. BAUER, MICHAEL S. KANNE AND THE COURT CLERK GINO AGNELLO A MOTION THAT WAS POSTMARKED ON THE 11th 2012. (SEE; SUCH FILING YOU HAVE AT YOUR FILES.) I.E. DESIGNATION ASKING HERESENT. THE MOTION INCLUDED A ALERT AND AGREEMENT THAT, IF EACH FAILED TO PAY ME ON MONEY I PURPORTED TO THEM, THAT THEY OWED, THEN A MONETARY PENALTY WOULD OCCURE ON THEM. NOTICE THIS.
EACH AGENT SCREENED THE SUCH ALERT AND AGREEMENT, AND TOOK ACTION BY ENTERING INTO IT BY THEIR PURPOSEFUL AND UNREASONABLE FAILURE TO PAY ME SUCH MONEY.
PURSUANT TO RULE 3(b) THE ACT WAS A VIOLATION TO THE AGREEMENT THAT THEY ENTERED WITH ME AND A VIOLATION TO THE RULE 3(b)

B: THE AGENTS EACH HELD NOTICE BY THE DOCUMENT I SENT, THAT THEY EACH HELD THE RIGHT TO COUNTERSUIT ME ON MY DEBT CLAIM I PURPORTED AND COUNTERSUIT ME FOR THE PENALTY CLAIM, BUT EACH VIOLATED RULE 3(b) AND THUS MY OFFER FOR THEM TO ESCAPE THE AGREEMENT AND PENALTY.

C: THE DEBT OF $300 TRILLION DOLLARS US. IS THUS OWED TO ME, (MARRICCO SYKES.) BY THE UNITED STATES SINCE THE AGENTS EACH ENTERED THEIR ACTIONS MENTIONED WHILE UNDER COLOR AND CAPACITY OF STATE LAW. BIVENS ACT. WITHOUT CIVIL ELEMENTS ARGUED SINCE TORT CLAIM ACTIONS VOID SUCH.
A SIMILIAR MAILING W/ A ALERT AND AGREEMENT, (BOTH SEPERATELY SENT.) OCCURED, TO BECOME NOTICED

1 OF 2    (BACK→)

BY All 3 AGENTS WHERE THE 2 SEPERATE POSTMARK DATES ON THE MAIL THEY RECEIVED WAS JANUARY 12, 2012, AND THE OTHER, POSTMARKED AT JANUARY 27, 2012. (NOTICE AT YOUR FILES BY DESIGNATION ORDER I SEND HERE THE TWO MAILINGS YOUR AGENCY FILED.)

THESE ALERTS AND AGREEMENTS WERE NOTICED AND ENTERED WITH A SIMILIAR FAILURE EACH BY ALL 3 AGENTS.

THUS PURSUANT TO RULE 3(b) THE ACTION WAS A ACT, THAT IS SUMMONING THE TWO DEBTS ON THE U.S. $800 TRILLION DOLLARS U.S. AND $300 TRILLION DOLLARS U.S. NOTICE SUCH.

D. UNDER TRUSTEES OF DARTMOUTH COLLEGE V. WOODWARD THE AGREEMENT THAT EACH AGENT ENTERED CAN NOT BE ALTERED. NOTICE THIS.

YOU AND YOUR EMPLOYER, APPEARING ON THE FILINGS, MENT THEM AND THE USA. SO CONSENT WAS GAVE KNOWINGLY BY EACH AGENTS ACT.

※ RELIEF SOUGHT.

AS RELIEF I DEMAND GUILT BE PRESCRIBED TO ALL 3 AGENTS AND THE MONEY THAT IS THE PENALTY, (3) BE PAIED TO ME. X3 IF IT IS SAW AS DAMAGE, OR 1X IF IT IS VIEWED AS NON-DAMAGE.

THE ADMINISTRATION OFFICE OF U.S. COURTS DIRECTOR, THOMAS F. HOGAN SHOULD BE ISSUED NOTIFICATION OF MY COMPLAINT AS THE RELIEF TOO.

THANK YOU.

ALL IS TRUE AS STATED

PROOF OF SERVICE.

MARRICCO SYKES / WITNESS

MARRICCO SYKES / PLAINTIFF OF TORT

2 OF 2    DATE SENT 02/28/2012

A. ATTACHMENT TO MY INITIAL COMPLAINT ENTRY.

MARRICCO SYKES

V.

U.S. COURT AGENTS WILLIAM J. BAUER, MICHAEL S. KANNE AND GINO AGNELLO

A MOTION FOR ATTACHMENT TO OCCURE OF A DOCUMENT THAT FELL OUT ENVOLOPE BEFORE MAILING. (REQUEST)

### A1. MATTER

THIS DOCUMENT MISTAKENLY FELL OUT OF MY INITIAL COMPLAINT'S ENVOLOPE AND WAS TO GO TO YOU AT THE CASE MATTER I SENT. (I.E. IS EVIDENCE THAT I NEED INCLUDED TO MY CASE MERITS.)

### B2. REQUEST

THE EVIDENCE IS HEREBY REQUESTED TO GO TO MY CASE TORT CLAIM I SENT POSTMARKED FEBUARY 29, 2012 IN ORDER TO SHOW THE LIMITS ON ME FOR PURCHASES AT MY COMPLEX. (ITEM IS TITLED 4.A)

MYERS V. HUNDLEY WAS STATED AS A OMITTED CASE I HAVE LIKE ELEMENTS AS FOR SEEKING THE 2 INJUNCTIONS. NOTICE SUCH.

ALL IS TRUE THAT IS ABOVE.

THANK YOU,

_[signature]_
MARRICCO SYKES / THE MOTION REQUESTER

PROOF OF SERVICE
_[signature]_
MARRICCO SYKES / WITNESS

DATE SENT 02/28/2012

| LEVEL 1 and 2 | SPECIAL MANAGEMENT UNIT<br>COMMISSARY LIST<br>UPDATED JANUARY 2012 |  |



MARRICCO SYKES
EVIDENCE 4.A

CELL NO. D-125

You can spend **$50.00** per week. STAMPS, RADIOS AND SNEAKERS ARE EXEMPT. **PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE. ALL SALES ARE FINAL.**
INMATES MUST PRINT THEIR NAME, NUMBER, AND CELL NUMBER CLEARLY ON THIS FORM AND THEN SIGN THE FORM. IF WE CANNOT READ YOUR NAME, NUMBER OR CELL NUMBER WE WILL NOT FILL YOUR ORDER.

**NO ADDITIONS TO THIS LIST WILL BE ALLOWED**
**IF THIS FORM IS ALTERED IN ANY WAY, THE ORDER WILL NOT BE FILLED**

### QTY   MEDICAL ITEMS
LIMITS IN ( )
- 4.00 ___ BT MULTI VITAMINS (1)
- 3.20 ___ BT VITAMIN C (1)
- 3.50 ___ BT VITAMIN E (1)
- 3.50 ___ BT VITAMIN B-COMPLEX (1)
- 2.85 ___ BT CALCIUM TABLETS (1)
- 3.50 ___ BT FIBER TABLETS (1)
- 0.85 ___ PK HALL=S COUGH DROPS (3)
- 0.80 ___ PK TUMS (3)
- 7.35 ___ BX IMODIUM AD (1)
- 3.05 ___ BT LIKE PEPTO BISMOL (1)
- 3.50 ___ BT ANTACID LIQUID (1)
- 1.60 ___ BX ALLERGY TABLETS (1)
- 2.35 ___ BT ACETAMINOPHEN (1)
- 1.65 ___ BT ASPIRIN (1)
- 5.60 ___ BT ALEVE (1)
- 3.70 ___ TU HEMORRHOIDAL CREAM (1)
- 2.75 ___ BT MILK OF MAGNESIA (1)
- 1.85 ___ BT SALINE NASAL SPRAY (1)
- 3.15 ___ BT STOOL SOFTENER (1)
- 2.65 ___ BT IBUPROPHENE (1)
- 1.70 ___ TU ANTIFUNGAL CREAM (1)
- 2.50 ___ TU MUSCLE RUB (1)
- 2.60 ___ BT ANTIFUNGAL POWDER (1)
- 2.05 ___ BT LIKE VISINE (1)
- 2.25 ___ BT ARTIFICIAL TEARS (1)
- 5.10 ___ BX TUCKS MEDICATED PADS (1)
- 1.80 ___ TU HYDROCORTISONE CREAM (1)
- 1.80 ___ BX LIKE CLARITIN (1)
- 6.75 ___ BX PEPCID AC (1)
- 2.85 ___ BX ZANTAC 75 (1)
- 13.30 ___ BX LAMISIL (1)
- 1.50 ___ TU LIKE ORAJEL (1)

### QTY   HEALTH & HYGIENE
LIMITS IN ( )
- 1.50 ___ EA DIAL ROLL-ON (1)
- 1.45 ___ PK DENTAL FLOSSERS (30 pk) (1)
- 2.05 ___ TU COCOA BUTTER STICK (1)
- 0.65 ___ BT COCOA BUTTER LOTION (1)
- 1.70 ___ TU CHAPSTICK (1)
- 1.50 ___ TU ACNE CREAM (1)
- 2.25 ___ TU SHAVING CREAM (1)
- 2.60 ___ EA PLASTIC MIRROR (1)
- 0.65 ___ BT BALSAM&PRTN CONDTIONR(1)
- 1.80 ___ JR AFRN CROWN HAIR DRESS (1)
- 6.70 ___ BT NEUTRGNA T/GEL SHAMPOO(1)
- 4.10 ___ BT SULFUR 8 SHAMPOO (1)
- 1.20 ___ BT BALSAM & PRTN SHAMPOO (1)
- 2.55 ___ TU COLGATE TOOTHPASTE (1)

**LIMIT 2 BARS OF SOAP TOTAL**
- 1.00 ___ EA COCOA BUTTER SOAP
- 1.30 ___ EA DIAL ANTIBACTERIAL

### QTY   FOOD/DRINKS
(LIMIT OF 1 EA)
- 3.35 ___ PK Columbian Coffee K  (LIMIT 2)
- 4.10 ___ BG Powdered Milk K
- 2.60 ___ PK P-nut Butter & Cheese Crackers K
- 3.00 ___ BG Salted Peanuts K
  OR
  ___ BG Unsalted Peanuts K
- 1.40 ___ PK Mackerel K
- 1.55 ___ EA Beef Summer Sausage
- 4.70 ___ PK Candy Bars 6/pk
- 0.40 ___ TU Peanut Butter K ( 2 EA)

### QTY   RADIO & BATTERIES
(LIMIT OF 1 EACH)
- 46.95 ___ EA SONY RADIO
- 25.00 ___ EA CLEARTUNES RADIO
- 10.80 ___ EA SONY EARBUDS
- 2.20 ___ PK AA BATTERIES  4/pk
- 2.20 ___ PK AAA BATTERIES  4/pk
**2 Packs of Batteries Total**

### QTY   MISC ITEMS
(LIMIT OF 1 PAIR)
- 4.45 ___ PR SHOWER SHOES; M, L, XL, XXL

### QTY   STATIONARY ITEMS
(LEWISBURG USE ONLY)
(LIMIT OF 1 EACH)
- 0.25 ___ EA FLEX PEN
- 2.20 ___ PK COLORED PENCILS
- 1.85 ___ EA WIRELESS NOTEBOOK
- 2.20 ___ EA DRAWING PAD
- 1.60 ___ PK ENVELOPE 4x9 (50/bx)
- 3.85 ___ PK ENVELOPE 10x13 white (10/pk)
- 1.65 ___ EA POKER PLAYING CARDS
- 2.35 ___ EA PHONE/ADDRESS BOOK
- 3.85 ___ EA DICTIONARY
- 0.90 ___ EA BIRTHDAY CARD
- 0.90 ___ EA THINKING OF YOU CARD

### QTY   RELIGIOUS ITEMS
(LEWISBURG USE ONLY)
(Limit of 1 each)
- 3.95 ___ BT PRAYER OIL
- 5.99 ___ EA KUFI
- 2.69 ___ EA AZTEC BANDANA

**Inmate must be on Proper Religious Roster**

### QTY   CLOTHING
- 59.95 ___ PR New Balance X-Trainer
- 11.05 ___ EA Shorts  LG, XL, 2X
- 13.00 ___ EA Shorts  3X, 4X

### STAMPS
**MAXIMUM PURCHASE IS $17.60 IN STAMPS**
- ___ BOOK $8.80 (LIMIT 2)
- ___ EA $1.00 (LIMIT 17)
- ___ EA $0.44 (LIMIT 19)
- ___ EA $0.20 (LIMIT 20)

**NOTICE**
ALL PRODUCTS SHOWN IN LOWER CASE ARE NOT TO BE SOLD TO INMATES ON **COMMISSARY RESTRICTION** STATUS.

**NOTICE**
NO PRODUCT WARRANTIES ARE IMPLIED. U.S.P. LEWISBURG IS NOT REQUIRED TO PROCESS MANUFACTURERS WARRANTIES.

**THIS LIST IS FOR USE AT LEWISBURG ONLY.**

*****QUARTERLY INVENTORY*****
THE LAST WEEK IN MARCH, JUNE, SEPTEMBER AND DECEMBER.

APPROVED: _____
B. Trate, Captain

APPROVED: _____
B. A. Bledsoe, Warden

ATTACHMENT.

**✻ NOTICE #1 ✻**
TO YOU.

I, (MARRICCO SYKES.) AM IN IMMINENT DANGER OF HAVING MY LIFE ILLICITLY ALTERTED BY ALL 3 AGENTS.

TO HAVE THE DEBTS I REPORTED NOT PAIED, WILL PUT ME AT RISK OF SERIOUS HARM TO MY HEALTH AND SAFTEY WHERE MONEY REPORTED TO THE U.S. DISTRICT COURT AT THE SOUTHERN DISTRICT OF INDIANA TO JANE MAGNUS-STINSON THAT I OWE, (DAMIN PETTY,) I WILL NOT BE ABLE TO RESOWE THE DEBT.

SUCH IS A REAL LIEN CURRENTLY ON ME THAT IS RISKING MY LIFE.

I CANT FILE FOR BANKRUTCY IN PRISON AND DO OWE THIS DEBTOR. NOTICE SUCH CLAIM.

**✻ NOTICE #2 ✻**
TO YOU.

YOU HAVE 10 DAYS, (TEN.) TO ISSUE YOUR RESPONSE ON THIS MATTER AT TOTAL. YOUR FAILURE WILL BE YOUR ACT AT RULE 3(b) AND WILL BE YOUR AND YOUR EMPLOYER'S FULL AGREEMENT THAT YOU AND YOUR EMPLOYER OWE ME, (MARRICCO SYKES.) $600 BILLION DOLLARS U.S.

NOTICE SUCH.

YOU HAVE THE RIGHT TO COUNTERSUIT ME ON THIS CLAIM.

ALL IS TRUE ABOVE.

PROOF OF SERVICE
_[signature]_
MARRICCO SYKES / WITNESS

RESPECTFULLY.
_[signature]_
MARRICCO SYKES
NOTIFYING PERSON

DATE 02/28/2012

1 OF 1

_[margin text: NORTHERN DISTRICT OF ILLINOIS. TO THE DISTRICT COURT OF THE UNITED STATES.]_